KNOWLES ELECTRONICS LLC, Appellant,

v.

INTERNATIONAL TRADE COMMISSION, Appellee,

and

Analog Devices, Inc., Intervenor.

No. 2011–1260.

United States Court of Appeals, Federal Circuit.

May 25, 2011.

Allan J. Sternstein, Timothy K. Sendek, Dykema Gossett PLLC, Chicago, IL, William D. Cramer, David L. Patterson, Dykema Gossett PLLC, Dallas, TX, for Appellant.

Sidney A. Rosenzweig, Wayne W. Herrington, James M. Lyons, U.S. International Trade Commission, Washington, DC, for Appellee.

Steven M. Bauer, Proskauer Rose LLP, Boston, MA, for Intervenor.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).